UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-14067-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA

    Plaintiff,

vs.

CHRISTOPHER RYAN MALVITA,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch Jr, on November 7, 2012. A Report and Recommendation was filed on November 19, 2012, (D.E.#36) recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a de novo review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that

The Report and Recommendation of United States Magistrate Judge Frank J. Lynch Jr, is hereby **Adopted and Approved** in its entirety.

The Defendant is adjudged guilty to Counts Two, Three, and Four of the Indictment. Count Two which charges the Defendant, with knowingly manufacturing marijuana with intent to distribute, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1) (C); in Count Three with knowingly possessing cocaine with intent to distribute, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1) (C); and in Count Four with knowingly possessing marijuana with intent to distribute, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(D).

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___ day of December, 2012.

    JOSE E. MARTINEZ
    UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Lynch
All Counsel Of Record
U.S. Probation Office